IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,               )<br>                                         )<br>           Plaintiff,                   )<br>                                         )<br> vs.                                     )<br>                                         )<br> Christian Santiago Arbizo,              )<br>                                         )<br>           Defendant.                   )<br>                                         )<br>_____   ) | CR-03-00646-001-PHX-GMS<br><br>**ORDER REVOKING<br>SUPERVISED RELEASE** |

A Petition for Warrant on Supervised Release violation has been filed and defendant has admitted the allegation that he violated Allegation D, Standard Condition #13 of his conditions of supervised release. The Court finds the defendant has violated the terms and conditions of supervised release and has considered the factors set forth in 18 U.S.C. §3553, U.S. Sentencing Commission Chapter 7 policy statements, as well as the original guideline range. Accordingly,

**IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is **REVOKED**.

**IT IS ORDERED** committing defendant to the custody of the Bureau of Prisons for a term of **SIX (6) months, to be followed by a term of TWENTY-FOUR (24) months of Supervised Release.**

**SUPERVISED RELEASE**

While on supervised release, the defendant shall comply with the standard conditions of supervision adopted in General Order 12-13. Of particular importance, the defendant shall

1 not commit another federal, state, or local crime during the term of supervision and the
2 defendant shall abstain from the use of illicit substances.  Within 72 hours of release from
3 custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office
4 in the district to which the defendant is released.  The defendant shall comply with the
5 following additional conditions:

6 1. You shall participate as instructed by the probation officer in a program of substance
7 abuse treatment which may include testing for substance abuse.  You shall contribute
8 to the cost of treatment in an amount to be determined by the probation officer.

9 2. You shall submit your person, property, house, residence, vehicle, papers, computers
10 as defined in 18 U.S.C. 10130(e)(1), other electronic communications or data storage
11 devices or media, or office, to a search conducted by a probation officer.  Failure to
12 submit to a search may be grounds for revocation of release.  You shall warn any
13 other occupants that the premises may be subject to searches pursuant to this
14 condition.

15 3. You shall provide the probation officer access to any requested financial information.
16 4. You are prohibited from making major purchases, incurring new financial obligations,
17 or entering into any financial contracts without the prior approval of the probation
18 officer.

19 5. You shall reside and participate in a residential re-entry center for 180 days, unless
20 discharged earlier by the probation officer.

21 6. You shall maintain full-time employment and/or schooling as directed by the
22 probation officer.

23 7. You are prohibited from owning, maintaining or using a firearm.
24 8. You shall abstain from all use of alcohol or alcoholic beverages.

25 IT IS FURTHER ORDERED dismissing the remaining allegations in the Petition on
26 motion of the Government.

27 ///
28 ///

1  The defendant is remanded into the custody of the United States Marshal's Service.
2  The defendant is advised of his right to appeal within 14 days.
3  DATED this 3rd day of June, 2013.

*A. Murray Snow*
G. Murray Snow
United States District Judge